

**FILED**

**6/25/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Poizner**                                    **08cv772-L (POR)**

**-v-**

**National Indemnity Company, et al.**

# STRICKEN DOCUMENT

**4-Motion to Stay Prosecution of Action Pending Arbitration of Claims**

**4**