MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
TELEPHONE 213-629-7612
FACSIMILE (213) 624-1376

Susan J. Field (State Bar No. 086200)
s.field@mpglaw.com
Richard S. Conn (State Bar No. 065513)
r.conn@mpglaw.com
Barbora Pulmanova (State Bar No. 234028)
b.pulmanova@mpglaw.com

Attorneys for NATIONAL INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE POIZNER, INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, in his capacity as Liquidator of Frontier Pacific Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDEMNITY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>Defendant. | Case No. 08 CV 772 L (POR)<br><br>Assigned to the Hon. M. James Lorenz<br>Courtroom 14<br><br>Complaint Filed: March 17, 2008<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT NATIONAL INDEMNITY COMPANY TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS**<br><br>[SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF RICHARD S. CONN; DECLARATION OF JOSEPH CASACCIO; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>DATE:         August 18, 2008<br>TIME:         10:30 a.m.<br>COURTROOM:    14 |

TO THE INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 18, 2008, at 10:30 a.m. or as

590064.1

1

**NOTICE OF MOTION AND MOTION OF DEFENDANT NATIONAL INDEMNITY COMPANY TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS**

1  soon thereafter as the matter may be heard, in Courtroom 14 of the above-entitled
2  Court, located at 880 Front Street, San Diego, California 92101, Defendant National
3  Insurance Company ("NICO"), will and hereby does move for an order staying the
4  prosecution of this acting pending arbitration of claims.  This motion is made
5  pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-9, on the ground that the
6  reinsurance agreements at issue in this action provide for binding arbitration of any
7  disputes thereunder.
8        This motion is based on the accompanying Memorandum of Points and
9  Authorities, the Declaration of Richard S. Conn, the Declaration of Joseph Casaccio,
10 and on the [Proposed] Order Staying Prosecution of Action Pending Arbitration of
11 Claims lodged herewith, on the pleadings and papers on file herein, and on such
12 further matters as may be presented in a reply memorandum at the hearing on this
13 motion.
14
15 DATED:  June 27, 2008        MUSICK, PEELER & GARRETT LLP
16
17                              By: s/Richard S. Conn
                                    Richard S. Conn
18                                  Attorneys for NATIONAL INDEMNITY
                                    COMPANY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

590064.1

2

NOTICE OF MOTION AND MOTION OF DEFENDANT NATIONAL INDEMNITY COMPANY
TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On June 27, 2008, I served the foregoing document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT NATIONAL INDEMNITY COMPANY TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based upon the Court's order for mandatory e-filing, I provided the documents listed above electronically to the Court's website and thereon to those parties on the Service List maintained by that website by submitting an electronic version of the documents to the Court's website. The documents are deemed filed and served on the date that they were uploaded to the Court's website.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Executed on June 27, 2008, at Los Angeles, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/Slevcove
Kathleen Slevcove

# SERVICE LIST

| | |
|---|---|
| EDMUND G. BROWN, JR.<br>  Attorney General of the State of California<br>W. DEAN FREEMAN<br>  Supervising Deputy Attorney General<br>DIANE SPENCER SHAW<br>LISA W. CHAO<br>  Deputy Attorneys General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California 90013<br><br>Telephone: (213) 897-2486<br>Fax: (213) 897-5775 | Attorneys for Plaintiff Steve Poizner, Insurance Commissioner of the State of California in his capacity as Liquidator of Frontier Pacific Insurance Company |
| LAZLO KOMJATHY, JR.<br>Department of Insurance<br>45 Fremont Street, 24th Floor<br>San Francisco, California 94105<br><br>Telephone: (415) 538-4413 | Attorneys for Plaintiff Steve Poizner, Insurance Commissioner of the State of California in his capacity as Liquidator of Frontier Pacific Insurance Company |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

590064.1

4

NOTICE OF MOTION AND MOTION OF DEFENDANT NATIONAL INDEMNITY COMPANY
TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On June 27, 2008, I served the foregoing document(s) described as **MEMORANDUM OF DEFENDANT NATIONAL INDEMNITY CO. IN AID OF EARLY NEUTRAL EVALUATION CONFERENCE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based upon the Court's order for mandatory e-filing, I provided the documents listed above electronically to the Court's website and thereon to those parties on the Service List maintained by that website by submitting an electronic version of the documents to the Court's website. The documents are deemed filed and served on the date that they were uploaded to the Court's website.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Executed on June 27, 2008, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/Kathleen Slevcove
Kathleen Slevcove

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

593604.1

MEMORANDUM OF DEFENDANT NATIONAL INDEMNITY CO. IN AID OF EARLY NEUTRAL EVALUATION CONFERENCE

## SERVICE LIST

| | |
|---|---|
| EDMUND G. BROWN, JR.<br>  Attorney General of the State of California<br>W. DEAN FREEMAN<br>  Supervising Deputy Attorney General<br>DIANE SPENCER SHAW<br>LISA W. CHAO<br>  Deputy Attorneys General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California 90013<br><br>Telephone: (213) 897-2486<br>Fax: (213) 897-5775 | Attorneys for Plaintiff Steve Poizner, Insurance Commissioner of the State of California in his capacity as Liquidator of Frontier Pacific Insurance Company |
| LAZLO KOMJATHY, JR.<br>Department of Insurance<br>45 Fremont Street, 24th Floor<br>San Francisco, California 94105<br><br>Telephone: (415) 538-4413 | Attorneys for Plaintiff Steve Poizner, Insurance Commissioner of the State of California in his capacity as Liquidator of Frontier Pacific Insurance Company |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

593604.1

**MEMORANDUM OF DEFENDANT NATIONAL INDEMNITY CO. IN AID OF EARLY NEUTRAL EVALUATION CONFERENCE**