1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10   STEVE POIZNER, Insurance Commissioner of        Civil No.    08-cv-0772-L (POR)
     the State of California, in his capacity as
11   Liquidator of Frontier Pacific Insurance
     Company,
12
                                        Plaintiff,
13                                                   **ORDER FOLLOWING EARLY**
                                                     **NEUTRAL EVALUATION**
           v.                                        **CONFERENCE AND SCHEDULING**
14                                                   **SETTLEMENT CONFERENCE**
     NATIONAL INDEMNITY COMPANY, a
15   Nebraska Corporation; DOES 1 through 10,

16                                     Defendant.

17          The Court held an Early Neutral Evaluation conference in this case on June 30, 2008.

18   Willard Roberts, Dick Oshita, and Rommel Ada appeared as representatives for Plaintiff, the

19   Insurance Commissioner of the State of California, with Laszlo Komjathy and Diane Shaw as

20   counsel.  Steven Haskell appeared on behalf of Defendant, with Richard Conn as counsel.  The

21   parties engaged in settlement discussions, however the case did not settle.  Defendant's motion to

22   compel arbitration of this dispute is scheduled to be heard by the Honorable M. James Lorenz on

23   August 18, 2008.  Therefore, the Court finds good cause to delay the issuance of dates for

24   compliance with Federal Rule of Civil Procedure 26.

25   ///

26   ///

27   ///

28   ///

08cv772

1    The Court shall hold a Settlement Conference on **August 4, 2008** at **1:30 p.m.**  That

2 conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall arrange and initiate

3 the conference call.

4    IT IS SO ORDERED.

5

6 DATED:  July 1, 2008

7

8 _____
LOUISA S PORTER
United States Magistrate Judge

9

10 cc:    The Honorable M. James Lorenz

11    All parties

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv772