EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
Supervising Deputy Attorney General
FELIX E. LEATHERWOOD
Supervising Deputy Attorney General
DIANE SPENCER SHAW, State Bar No. 073970
Deputy Attorney General
LISA W. CHAO, State Bar No. 198536
Deputy Attorney General
   300 South Spring Street, Room 1702
   Los Angeles, California 90013
   Telephone: (213) 897-2486
   Fax: (213) 897-5775

LASZLO KOMJATHY, JR., State Bar No. 099861
California Department of Insurance
   45 Fremont Street, 24th Floor
   San Francisco, CA 94105
   Telephone: (415) 538-4413
   Fax: (415) 904-5896

Attorneys for Plaintiff Steve Poizner, Insurance Commissioner of the State of California, in his capacity as the Liquidator of Frontier Pacific Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE POIZNER, INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, in his capacity as the Liquidator of Frontier Pacific Insurance Company,<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONAL INDEMNITY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>          Defendants. | CASE NO. 08 CV 772 L (POR)<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: August 18, 2008<br>Time: 10:30 a.m.<br>Courtroom: 14<br>Judge: Hon. M. James Lorenz |

PROOF OF SERVICE

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  STEVE POIZNER, INSURANCE COMMISSIONER v. NATIONAL INDEMNITY COMPANY
No.:  08 CV 772 L (POR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 4, 2008, I served the attached

**1. DECLARATION OF LISA W. CHAO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS, 2. DECLARATION OF WILLARD ROBERTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS; and
3. PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PROSECUTION OF ACTION PENDING ARBITRATION OF CLAIMS [DECLARATIONS OF WILLARD ROBERT AND LISA W. CHAO FILED CONCURRENTLY HEREWITH]**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Susan J. Field, Esq.
Richard S. Conn, Esq.
Barbora Pulmanova, Esq.
MUSICK, PEELER & GARRETT LLP
Attorneys at Law
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017-3383**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 4, 2008, at Los Angeles, California.

| Linda Richardson | *Linda Richards* |
|---|---|
| Declarant | Signature |

60323861.wpd