UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE POIZNER, Insurance Commissioner of the State of California, in his capacity as Liquidator of Frontier Pacific Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INDEMNITY COMPANY, a Nebraska Corporation; DOES 1 through 10,<br><br>Defendant. | Civil No.   08-cv-0772-L (POR)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

The Court held a Settlement Conference on August 4, 2008. Laszlo Komjathy, Diane Shaw and Lisa Chow appeared as counsel for Plaintiff, Richard Conn appeared as counsel for Defendant. The parties have further discussed settlement, but have not reached an agreement. Defendant's motion to compel arbitration is scheduled to be heard by the Honorable M. James Lorenz on August 18, 2008. The Court finds good cause to delay the issuance of Rule 26 dates at this time.

The Court shall hold a Case Management Conference on **September 16, 2008** at **1:30 p.m.** That conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall arrange and initiate the conference call.

IT IS SO ORDERED.

DATED: August 7, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

- 1 -                                                                                          08cv772