UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE POIZNER, INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONAL INDEMNITY COMPANY,<br><br>               Defendant. | Civil No. 08cv772 L (POR)<br><br>**ORDER RE: ORAL ARGUMENT** |

    Defendant's motion to stay prosecution of this action pending arbitration of claims [doc. #7] is set for hearing on August 18, 2008. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

    **IT IS SO ORDERED.**

DATED: August 15, 2008

*M. James Lorenz*
M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

08cv772

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28